McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ABLE MORA,<br><br>            Defendant. | Case No. 1:20-po-00267-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and moves to vacate the status conference set for January 21, 2021 at 10:00am.

DATED: January 15, 2021                        Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                By:     /s/ Philip N. Tankovich__
                                        PHILIP N. TANKOVICH
                                        Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the status conference set for January 21, 2021 at 10:00am is vacated.

IT IS SO ORDERED.

Dated: __**January 15, 2021**__

UNITED STATES MAGISTRATE JUDGE